**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:   01-14-00968-CV

Trial court case number:  2012-58724

Trial court:                     113th District Court of Harris County

Appellant's Motion for Rehearing of our April 16, 2015 memorandum opinion is **DENIED**.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                        X  Acting for the Court

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Date: June 9, 2015